COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:       Michael Oduro Kwarteng v. The State of Texas

Appellate case number:   01-13-00908-CR; 01-13-00909-CR

Trial court case number:   1365142

Trial court:                      182nd District Court of Harris County

On February 27, 2014, the above-referenced appeals were abated and remanded to the trial court to determine (1) whether appellant still wishes to pursue his appeals and (2) whether appellant's counsel of record intends to represent him on appeal and, if not, to determine whether appellant is indigent and entitled to appointment of substitute counsel at no expense. The supplemental clerk's record filed on March 7, 2014 contains an order of the trial court (1) finding appellant indigent, (2) appointing substitute counsel on appeal, and (3) directing the court reporter to file the reporter's record without charge to appellant. Accordingly, we REINSTATE these cases on the Court's active docket.

Appellant's brief is ORDERED to be filed within 30 days of this order. *See* TEX. R. APP. P. 38.6(a). The State's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Jane Bland_____
                              ☑ Acting individually     ☐ Acting for the Court

Date:  April 22, 2014_____